```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
              CIVIL CASE NO.: 24-1158 (DSD/DTS)
```

Julie Dalton, individually and
on behalf of all others
similarly situated,                         ORDER

       Plaintiffs,

   v.

Old Navy, LLC,

       Defendant.


Based upon the notice of dismissal, **IT IS HEREBY ORDERED** that all claims between the parties are dismissed with prejudice and without costs, disbursements, or fees to any party.


Dated: August 19, 2024    s/David S. Doty
                                 David S. Doty, Judge
                                 United States District Court